## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (Greenbelt Division)

| | |
|---|---|
| RICARDO J. ZAYAS, RECEIVER AND ) <br> AUTHORIZED AGENT FOR: ) <br> ) <br> SUMMIT TRUST CO., ) <br> ) <br> THE RUDASILL FAMILY CHARITABLE ) <br> REMAINDER) ANNUITY TRUST ) <br> ) <br> THE BELLAVIA FAMILY TRUST ) <br> ) <br> *190 Bethlehem Pike* ) <br> *Colman, PA 18915* ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ADCOR INDUSTRIES, INC. ) <br> *234 S. Haven St.* ) <br> *Baltimore, MD  21224* ) <br> ) <br> ADCOR PACKAGING GROUP, INC. ) <br> *234 S. Haven St.* ) <br> *Baltimore, MD  21224* ) <br> ) <br> **Defendants.** ) | CASE NO. 8-16-cv-03193-GJH <br><br><br><br><br><br><br><br><br><br><br> JUDGE GEORGE J. HAZEL |

## PLAINTIFFS' SUPPLEMENT TO IT'S BRIEF OPPOSING DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiffs, Summit Trust Co., Rudasill Family Charitable Trust and the Bellavia Trust through Receiver Ricardo Zayas and respectfully submits the following supplements to Plaintiff's Opposition to Motion to Dismiss:

1) Signed Affidavit of Kevin Brown, and;

2) Signed Affidavit of Co-Trustee Joseph Bellavia from the Bellavia Family Trust.

    Respectfully Submitted,
    Askinazi Law & Business, LLC

By: //s// *William F. Askinazi, Esq.*
   William F. Askinazi
   12054 Palatine Ct.
   Potomac, MD  20854
   Phone:  301-540-5380
   Fax:  240-715-9113
   Bar #: 12522

    And

Montgomery McCracken Walker & Rhoads LLP
   By:   //s// Joseph O'Neil, Jr.
   Joseph O'Neil, Jr.
   (*pro hac vice*
   admission to be requested)
   1235 Westlakes Drive, Suite 200
   Berwyn, PA  19312
   610-889-2232
   Bar #: 207872

*Attorneys for the Plaintiffs*

## Certificate of Service

I HEREBY CERTIFY that on January 19, 2017, a copy of the foregoing Plaintiff's Supplement to It's Opposition to Defendant's Motion to Dismiss was filed on the court's CM/ECF system and thus served electronically on all parties to the case.